Matter of Kuck (2024 NY Slip Op 05820)

Matter of Kuck

2024 NY Slip Op 05820

Decided on November 21, 2024

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2024

No. 128 

[*1]In the Matter of Hon. Julie M. Kuck, a Justice of the Lindley Town Court, Steuben County.

On the Court's own motion, it is determined that the suspension of Honorable Julie M. Kuck, from the office of Justice of the Lindley Town Court, Steuben County, imposed by order of this Court dated and effective July 11, 2024 (2024 NY Slip Op 03803), is hereby terminated.
Chief Judge Wilson and Judges Garcia, Singas, Cannataro, Troutman and Halligan concur. Judge Rivera took no part.
Decided November 21, 2024